IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MELVIS C. DAVIS,<br><br>    Plaintiff,<br><br>v.<br><br>THURGOOD CONSTRUCTION, INC., THURGOOD CUSTOM HOMES, INC., CAPITAL CITY, INC., and ANTHONY L. DUNCAN,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NUMBER 1:16-cv-3906-TCB |

## O R D E R

Before the Court is the parties' joint motion to approve a settlement under the Fair Labor Standards Act ("FLSA") [15]. The Court has reviewed the parties' proposed settlement and is satisfied that the settlement reached is fair and reasonable, providing appropriate compensation to Plaintiff, notwithstanding the legal and factual arguments advanced by or otherwise available to Defendants.

The parties' joint motion [15] is granted. The complaint is dismissed with prejudice and the Clerk is directed to close this case.

IT IS SO ORDERED this 15th of March, 2017.

_____
Timothy C. Batten, Sr.
United States District Judge